IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**AARON MICHAEL LEWIS**                                                                           **PLAINTIFF**
ADC# 151373

VS.                             5:15CV00027-BRW-JJV

**BELINDA KAY JACKSON, Tucker Unit,**
**Arkansas Department of Correction;** *et al.*                                    **DEFENDANTS**

**ORDER**

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed and the time for doing so has passed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff may proceed with his claims against Defendants Peppers-Davis, Carswell, and Williams.

2. All other Defendants are DISMISSED without prejudice due to Plaintiff's failure to state a claim upon which relief can be granted against them.

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

SO ORDERED this 24th day of February, 2015.

                                                    /s/ Billy Roy Wilson
                                                    UNITED STATES DISTRICT JUDGE